AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DANTE BENJAMIN HAYWARD,

Plaintiff,

V.

JUDGE F. GATES PEED, Effingham Superior Court In His Individual and Official Capacity; BRIAN A. DEAL, Assistant District Attorney in His Individual and Official Capacity; and K-9 SGT. BRIAN MUNDY, EFFINGHAM COUNTY SHERIFF'S DEPARTMENT;

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV423-156

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant with the Order of this Court entered on August 7, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. Therefore, the Court dismisses Plaintiff's complaint and closes this civil action.

| 8/7/23 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020